UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

Plaintiffs,

v.

NORCAL EXCAVATING, INC.,

Defendant.

Case No. 23-cv-01994-JST

**ORDER ADOPTING REPORT AND
RECOMMENDATION AND
GRANTING MOTION FOR DEFAULT
JUDGMENT**

Re: ECF No. 18

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation, ECF No. 18, to grant Plaintiffs' motion for default judgment, ECF No. 17. Plaintiffs served Defendant Norcal Excavating, Inc. with the report and recommendation by express mail on November 7, 2023. ECF No. 21. The period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2) (setting 14-day period for objections); Fed. R. Civ. P. 6(d) (allowing three additional days when service is by mail).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendant is granted. Plaintiffs are awarded $38,186.74 in total damages for unpaid contributions, including interest, and $5,780.10 in attorney's fees and costs, for a total of $43,966.84.

Defendants shall submit to an audit of its books and records for the period December 2021 through the last completed quarter prior to entry of judgment.

/ / /

/ / /

/ / /

United States District Court
Northern District of California

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  December 7, 2023



JON S. TIGAR
United States District Judge